IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

In re:

MICHAEL JOSEPH RITONIA
ANNE MARIE RITONIA

        Debtors.                      Case No. 10-17725-SSM
                                            Chapter 7

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the law firm of Wolcott Rivers Gates enters its appearance on behalf of American Honda Finance Corporation ("Honda"), a secured creditor in the above-captioned case.

Pursuant to Bankruptcy Rule 2002(g), Honda requests that notice of all matters specified in Rule 2002 of the Federal Rules of Bankruptcy Procedure, or otherwise directed to or affecting interested parties, including, without limitation, any and all notices of any application, motion, petition, pleading, request, complaint or demand, whether given in writing, telephonically or otherwise, be sent to the following address:

Carl A. Eason, Esquire
Wolcott Rivers Gates
Convergence Center IV
301 Bendix Road, Suite 500
Virginia Beach, VA 23452
Telephone: (757) 497-6633
Telecopier: (757) 490-1859

If applicable, Honda further requests that copies of all proposed Chapter 13 plans and modifications of amendments thereto, together with any accompanying notices, be mailed to it at the

Carl A. Eason, Esquire
Counsel for Honda
Wolcott Rivers Gates
Convergence Center IV
301 Bendix Road, Suite 500
Virginia Beach, VA 23452
(757) 497-6633
VSB# 18636

address set forth above.

AMERICAN HONDA FINANCE CORPORATION

By    /s/ Carl A. Eason
        Of Counsel

**NOTICE:** This Notice of Appearance does not authorize Wolcott Rivers Gates to accept service of process on behalf of Honda. For service of process you are directed to Honda's registered agent of record in the State Corporation Commission.

CERTIFICATION OF SERVICE

    I hereby certify that on the 15th day of February, 2011 a true copy of the foregoing Notice of Appearance and Request for Notices was mailed or electronically transmitted to Christopher L. Rogan, Esquire, 30-D Catoctin Circle, SE, Leesburg, VA 20175, counsel for debtors; to Janet M. Meiburger, 1493 Chain Bridge Road, Suite 201, McLean, VA 22101, Trustee; and to the debtors, P.O. Box, Bluemont, VA 20135.

           /s/ Carl A. Eason